UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| TUCKERBROOK ALTERNATIVE INVESTMENTS, LP, <br><br> Plaintiff <br><br> v. <br><br> SUMANTA BANERJEE, <br><br> Defendant | ) ) ) ) ) ) ) ) ) ) ) ) |

CASE NO. 12-CV-11643-GAO

**PLAINTIFF TUCKERBROOK ALTERNATIVE INVESTMENTS LP'S OPPOSITION TO BANERJEE'S MOTION TO VACATE ORDER DEEMING SERVICE OF PROCESS EFFECTUATED**

Plaintiff Tuckerbrook Alternative Investments, LP ("Tuckerbrook") hereby opposes Banerjee's motion to vacate order deeming service of process effectuated against him. The Court should summarily deny Mr. Banerjee's motion. He agreed to accept service in open court here in Massachusetts and has instead played games for months. He plainly receives all of the notices Tuckerbrook sends him, and simply seeks to delay and perpetuate this dispute to which he has no substantive defense.

In support of its opposition, Tuckerbrook incorporates by reference its prior filings and further states as follows:

1.  On June 27, 2012, at a status conference before the Honorable William G. Young, Banerjee agreed to accept service in the following exchange, transcribed on the record before this Court:

**THE COURT:**  . . . Now, he's here, physically. Maybe – I'll ask him this.

You have no problem, since you're physically present, and indeed you were residing in Connecticut, I understand.

**MR. BANERJEE:** Well, we have a house in India and in Connecticut.

**The COURT:** Right. But you'll accept service?

**MR. BANERJEE:** Now?

**THE COURT:** Yes, on a renewed complaint.

**MR. BANERJEE:** Yes. I mean sure.

**THE COURT:** All right. They'll serve you in the ordinary course at your home in Connecticut. I will deem that sufficient.

Is that all right?

**MR. BANERJEE:** Yes, that's fine.

Status Conference Transcript, June 27, 2012 at 9-10 (true copy attached as <u>Exhibit 2</u> for the Court's convenience).

2. This Court and Tuckerbrook, have wasted far too much time on Mr. Banerjee's games. This latest filing is more of the same and should be rejected summarily.

3. Mr. Banerjee's conduct is so egregious that the Court should award Tuckerbrook its reasonable fees and costs incurred in responding to this Motion

WHEREFORE, Tuckerbrook respectfully requests that the Court deny Mr. Banerjee's and further award Tuckerbrook its attorneys' fees and costs incurred in bringing this motion.

Respectfully submitted,

　/s/ Sean T. Carnathan　
Sean T. Carnathan (BBO #636889)
Email:  scarnathan@ocmlaw.net
O'Connor Carnathan & Mack LLC
Landmark One
1 Van de Graaff Drive, Suite 104
Burlington, MA  01803
Telephone:  781.359.9000
Dated:  May 8, 2013　　　　　　　　　　　Facsimile: 781.359.9001

## **CERTIFICATE OF SERVICE**

      I, Sean T. Carnathan, hereby certify that a true and accurate copy of the foregoing Motion has been filed and served through the Court's electronic filing system, this 8th Day of May, 2013 and has been served on Sumanta Banerjee by electronic mail at sbaner@gmail.com.

                                    /s/ Sean T. Carnathan\_\_\_\_\_
                                    Sean T. Carnathan

4832-5282-7923, v. 1