UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 12-11643-GAO

TUCKERBROOK ALTERNATIVE INVESTMENTS, LP,
Plaintiff,

v.

SUMANTA BANERJEE,
Defendant.

ORDER
May 24, 2013

O'TOOLE, D.J.

The defendant's motion to vacate and dismiss (dkt. no. 9) is DENIED. Plaintiff has gone to great lengths to serve the defendant and provided evidence that the defendant was adequately served via electronic mail.

It is SO ORDERED.

/s/ George A. O'Toole, Jr.
United States District Judge