UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| TUCKERBROOK ALTERNATIVE INVESTMENTS, LP, <br><br> Plaintiff <br><br> v. <br><br> SUMANTA BANERJEE, <br><br> Defendant | ) ) ) ) ) ) ) ) ) ) ) ) ) |

CASE NO. 12-CV-11643-GAO

### REQUEST FOR ENTRY OF DEFAULT
### UNDER FED. RULE CIV. P. 55(A)

To the Clerk of the above-named Court:

I, Sean T. Carnathan, attorney for the above-named plaintiff, Tuckerbrook Alternative Investments, LP, ("Tuckerbrook"), state as follows:

1) Tuckerbrook filed a Complaint, seeking judgment for, *inter alia*, breach of a settlement agreement, against the Defendant Sumanta Banerjee ("Banerjee"), on September 4, 2012.

2) On October 26, 2012, after repeated attempts to serve Banerjee with the summons and complaint, Tuckerbrook filed a Motion to Deem Service of Process Effectuated.

3) At a status conference held on April 8, 2013, the Court (O'Toole, J.) granted Tuckerbrook's Motion to Deem Service of Process Effectuated, and ordered Banerjee to serve an Answer to the Complaint within 21 days.

4) On April 29, 2013, Banerjee filed a "Motion to Vacate the Deem Process of Service Effectuated and Motion to Dismiss the Action."

5) On May 24, 2013, the Court (O'Toole, J.) entered an order denying Banerjee's motion to vacate and dismiss, noting that "Plaintiff has gone to great lengths to serve the defendant and provided evidence that the defendant was adequately served via electronic mail."

6) To date, Banerjee has failed to file an Answer.

Wherefore, the Plaintiff Tuckerbrook requests that default be entered against the Defendant Banerjee in this action.

Signed under the pains and penalties of perjury.

Respectfully submitted,

   /s/ Sean T. Carnathan
Sean T. Carnathan (BBO #636889)
Email:  scarnathan@ocmlaw.net
O'Connor Carnathan & Mack LLC
Landmark One
1 Van de Graaff Drive, Suite 104
Burlington, MA  01803
Telephone:  781.359.9000
Dated:  June 21, 2013          Facsimile: 781.359.9001

## **CERTIFICATE OF SERVICE**

    I, Sean T. Carnathan, hereby certify that a true and accurate copy of the foregoing Motion has been filed and served through the Court's electronic filing system, this 21st day of June, 2013 and has been served on Sumanta Banerjee by electronic mail at sbaner@gmail.com.

    /s/ Sean T. Carnathan_____
    Sean T. Carnathan