IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| TUCKERBROOK ALTERNATIVE ) <br> INVESTMENTS, LP, ) <br> Plaintiff ) <br> ) <br> v. ) <br> ) <br> SUMANTA BANERJEE, ) <br> Defendant ) <br> _____ ) | Case No. 1:12-cv-11643 |

MOTION TO REQUEST EXTENSION OF TIME TO FILE AN ANSWER WITH THE COURT

Defendant, Sumanta Banerjee (SB) respectfully requests an extension to file an answer to the Complaint filed by the Plaintiff, Tuckerbrook Alterrnative Investments, LP (TB).

1. Mr. Sumanta Banerjee (SB) has been a resident of India since 2009, as such he is governed by The Hague Convention Rules. The Plaintiff and their Counsel are well aware of this fact and have tried to serve Mr. Banerjee there on a related case. This related case was presided over his Honorable Judge Young and Mr. Banerjee believes that the current case is very similar if not identical to that case, 11672. That case was closed in July of 2012, as the parties had settled.

2. SB plans to vigorously defend this case based on the merits of the case and has to obtain new counsel. SB is currently filing these motions on a *pro se* basis, until he obtains adequate representation to file the answers and counterclaims. In addition to answering the complaint, Mr Banerjee will include his counterclaims against Tuckerbrook Alternative Investments and its Directors, Mr. John J Hassett, Mr. Jeff Landle and Mr.Turner Smith.

3. SB would like to inform the court that he has yet to receive a copy of the complaint and has not received any of the subsequent motions or the Court's orders on those motions. Mrs Akshita Banerjee contacted Judge O'Toole's docket clerk to obtain at the minimum, the emailed copies of the Court's decisions. But SB has not received the latest motion by the Plaintiff's Counsel, Mr.Carnathan.

Mr. Banerjee was not aware of any timelines as he had not received any of the orders, motions or filings in this docket. Please see exhibit A for the email correspondence with Mr. Danielli.

    4.    For the aforementioned reasons, the Defendant, Mr. Sumanta Banerjee respectfully requests this court for an extension of 30 days to file an answer with this Court.

Respectfully Submitted,

    SUMANTA BANERJEE

    58/1 Ballygunje Circular Rd

    Kolkata, West Bengal 700019

    India

A copy of this Motion will be electronically mailed to the Plaintiff's Counsel of record.

# EXHIBIT A

To: "Chris_Danieli@mad.uscourts.gov"
&lt;Chris_Danieli@mad.uscourts.gov&gt;
Date: 04/30/2013 08:58 AM
[Quoted text hidden]

---

**Akshita Gandhi** &lt; gandhibanerjee@gmail.com&gt;      Thu, May 9, 2013 at 9:13 PM
To: Chris_Danieli@mad.uscourts.gov

Mr. Danieli,

Is it possible to put in a response to Tuckerbrook's response? Thanks.

Sincerely
Akshita Banerjee
[Quoted text hidden]

---

**Chris_Danieli@mad.uscourts.gov** &lt; Chris_Danieli@mad.uscourts.gov&gt;      Fri, May 10, 2013 at 8:37 AM
To: Akshita Gandhi &lt;gandhibanerjee@gmail.com&gt;

(See attached file: LOCALRULEScombined[1].pdf)

Christopher Danieli, Docket Clerk
Honorable George A. O'Toole, Jr.
1 Courthouse Way
Boston, MA, 02210
617-748-9182

From: Akshita Gandhi &lt;gandhibanerjee@gmail.com&gt;
To: Chris_Danieli@mad.uscourts.gov
Date: 05/09/2013 09:13 PM
[Quoted text hidden]

📎 **LOCALRULEScombined[1].pdf**
671K

---

**Ab** &lt; gandhibanerjee@gmail.com&gt;      Tue, Jun 18, 2013 at 10:37 PM
To: "Chris_Danieli@mad.uscourts.gov" &lt;Chris_Danieli@mad.uscourts.gov&gt;

Mr Danielli,

I see from the web that the Judge has rendered an order to the motions that were filed but Mr Banerjee has yet to receive any communication from the court to that effect. Could you please forward to this email any information/order from the Judge? Also could you please clarify when are responses due to the Judge's order? As Mr Banerjee has yet to receive any communication from the court at his permanent address in India or even electronically, we would be requesting an extension of time for response and to seek appropriate representation going forward.

Sincerely,
Akshita Banerjee
[Quoted text hidden]
&gt; &lt;LOCALRULEScombined[1].pdf&gt;

**Chris_Danieli@mad.uscourts.gov** < Chris_Danieli@mad.uscourts.gov>                Wed, Jun 19, 2013 at 11:48 AM
To: Ab <gandhibanerjee@gmail.com>

(See attached file: Order Dated 5-24-13.pdf)

Christopher Danieli, Docket Clerk
Honorable George A. O'Toole, Jr.
1 Courthouse Way
Boston, MA, 02210
617-748-9182

From: Ab <gandhibanerjee@gmail.com>
To:   "Chris_Danieli@mad.uscourts.gov"
      <Chris_Danieli@mad.uscourts.gov>
Date: 06/18/2013 10:37 PM
[Quoted text hidden]

📎 **Order Dated 5-24-13.pdf**
    42K

---

**Akshita Gandhi** < gandhibanerjee@gmail.com>                Wed, Jun 19, 2013 at 10:53 PM
To: "Chris_Danieli@mad.uscourts.gov" <Chris_Danieli@mad.uscourts.gov>

Mr. Danieli,

For the record, we have not STILL received the complaint that His Honor has just deemed served. Mr.Banerjee did not receive the Complaint via email. As per The Hague Convention, email communication is not a legal form of communication for residents of India. We are again asking for the complaint to be served under the rules of The Hague Convention. Toward the end that you have just today sent us the order that the Judge declared on May 24, 2013, we need to be advised as to the schedule as it stands now and any pending deadlines. We obviously cannot respond to the complaint as we do NOT have the complaint. We are also in need of an extension ( of at least 60 days since Mr. Banerjee is an Indian permanent resident) and as mentioned above since we are just learning of the Judge's order. Please advise.

Finally, we are of the opinion that it would be in the best interest of the court to move this case into Judge Young's docket or Judge Patti Saris as they are familiar with the issues of this and its predecessor cases and all the intricacies of The Hague .Please advise as to how to best request a change in the presiding Judge.

Regards
Akshita Banerjee
[Quoted text hidden]

---

**Ab** < gandhibanerjee@gmail.com>                Thu, Jun 20, 2013 at 11:56 PM
To: "Chris_Danieli@mad.uscourts.gov" <Chris_Danieli@mad.uscourts.gov>

Mr Danieli

As per our phone conversation on Tuesday June 18, there was no mailed copy of the Judge's Order of May 24th. Mr Banerjee has just learnt of the Judge's decision. He can not reply to the complaint as he had not been served with his copy. Also as discussed, you mentioned that there was no schedule currently on

the docket so can you please send us the current schedule? As mentioned below, we believe that it is in the interest of the Court's time to assign this Docket to the Honorable Judge Young as he is very familiar with case and The Hague Convention rules and procedures as it applies to Mr Banerjee. The current case is related to the previous case docket number 11672 presided over by Judge Young. Although 11672 is a closed case, it is our belief that the current case is substantially the same as the closed case of 11672. Judge Young had told the plaintiff at the time of closure of the case that if Tuckerbrook wanted to reopen the case for whatever reason, they must file a new case. At that time, Judge Young said he would expedite a new case to trial if warranted.

We would appreciate that any order/decision of the Court be sent to our address as listed on the motions as we are pro se litigants, otherwise we are unfairly prejudiced. Please feel free to email anything to this email address, but please be advised that large files do not come thru.

Regards
Akshita Banerjee
[Quoted text hidden]

---

**Chris_Danieli@mad.uscourts.gov** < Chris_Danieli@mad.uscourts.gov>     Fri, Jun 21, 2013 at 8:47 AM
To: Ab <gandhibanerjee@gmail.com>

I have already responded back to a previous email with the most recent order that has been issued on the docket.
I will also mail a copy of the docket to     Sumanta Banerjee
58/1 Ballygunje Circular Rd
Kolkata, West Bengal 700019
India


Christopher Danieli, Docket Clerk
Honorable George A. O'Toole, Jr.
1 Courthouse Way
Boston, MA, 02210
617-748-9182


From:    Ab <gandhibanerjee@gmail.com>
To:      "Chris_Danieli@mad.uscourts.gov"
        < Chris_Danieli@mad.uscourts.gov>
Date:   06/20/2013 11:56 PM
[Quoted text hidden]

---

**Akshita Gandhi** < gandhibanerjee@gmail.com>     Wed, Jun 26, 2013 at 10:48 AM
To: "Chris_Danieli@mad.uscourts.gov" <Chris_Danieli@mad.uscourts.gov>
Bcc: AGB <gandhibanerjee@gmail.com>

Mr Danieli

Thanks for the confirmation of the mailed copy and the fact that there are no imminent deadlines for Mr Banerjee to meet at the current time. Can you please email the ECF notice that was sent to Mr Carnathan?

AGB
[Quoted text hidden]

**Chris_Danieli@mad.uscourts.gov** < Chris_Danieli@mad.uscourts.gov>　　　　Wed, Jun 26, 2013 at 11:02 AM
To: Akshita Gandhi <gandhibanerjee@gmail.com>

(See attached file: Notice of Electronic Filing.pdf)

However, a Motion for Entry of Default was entered by Tuckerbrook
Alternative Investments, LP. on 6/21/2013.
A certificate of service was as filed with the Motion indicating that a
copy of the motion was sent to Sumanta Banerjee.
The response to this motion is due by 7/5/2013.

```
                     Deadlines/Hearings
|----+----------------------------+---------+----------+---------+----------|
| Doc|    Deadline/Hearing        |  Event  | Due/Set  | Satisfie| Terminate|
| .  |                            |  Filed  |    d     |    d    |          |
| No.|                            |         |          |         |          |
|----+----------------------------+---------+----------+---------+----------|
| 13 | (Embedded image moved to file: | 06/21/201| 07/05/201|        |        |
|    | pic05447.gif)Response Deadline |  3       |  3       |        |        |
|    | dft: Tuckerbrook Alternative   |          |          |        |        |
|    | Investments, LP                |          |          |        |        |
|----+----------------------------+---------+----------+---------+----------|
```



Here is a link to the local rules on the Court's External Website

http://www.mad.uscourts.gov/general/prose-litigants.htm

The link to the local rules is at the bottom of the page of this link.


Christopher Danieli, Docket Clerk
Honorable George A. O'Toole, Jr.
1 Courthouse Way
Boston, MA, 02210
617-748-9182



From:　Akshita Gandhi <gandhibanerjee@gmail.com>
To:　　"Chris_Danieli@mad.uscourts.gov"
　　　　<Chris_Danieli@mad.uscourts.gov>
Date:　06/26/2013 10:48 AM
[Quoted text hidden]

**2 attachments**

 **pic05447.gif**
1K

**Notice of Electronic Filing.pdf**
7K