IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

TUCKERBROOK ALTERNATIVE )
INVESTMENTS, LP, )
    Plaintiff )
)
v. ) Case No. 1:12-cv-11643 GAO
)
SUMANTA BANERJEE, )
    Defendant )
_____)

## MOTION TO RE-ASSIGN THE JUDGE

1.     Mr. Banerjee has yet to receive a copy of the complaint from the Plaintiff. Regardless, he requested, from Counsel that he is potentially considering to represent him, a copy of the complaint. Upon comparison of the current case with the previous case (09-11672-WGY), that was started by the Plaintiff, Tuckerbrook, it is clear that the cases are identical. Case 09-11672-WGY was presided over by the Honorable Judge Young for three years (The total time spent by the Court was from the fall of 2009-until the summer of 2012.), and was terminated by Judge Young when the Plaintiff notified the Court that the matter was settled. Another prior case was 08-10636-PBS and was presided over by the Honorable Judge Saris, and settled in 2008. Please see *Exhibit 1, the complaints 11672 and 11643*.

2.     Honorable Judge Young wrote a Memorandum and Order in this rather unique circumstance and spent significant resources of his Court and the public in researching all the intricacies of The Hague system and its applicability to this case where the defendant is an Indian permanent resident. Please see, *Exhibit A: Order and Memorandum by Judge Young, November 30, 2010*. Judge Young also researched service under Hague and its application to India. Judge Young set timelines for the case, including discovery timelines and eventually terminated the matter once the Plaintiff submitted that the case was settled after Mr Banerjee complied with the terms of the settlement.

While the case was under Judge Young, he presided over a status conference in June 2012 in Boston in which he categorically refused to re-open the matter since it was settled. *Please see Exhibit B: Transcript of hearing by Judge Young.* Judge Young said,

> "You see, my problem is this. I take that report of settlement extremely seriously and in my mind that shifts the relationship between the parties. It appears having reported the case settled and gotten various advantages from that report neither side had to incur any additional costs, appear at the Court's docket, and I moved on to other matters."

At that time, Judge Young also questioned the basis of the case claimed by Tuckerbrook and the reason why Tuckerbrook was again trying to waste the courts time and resources, as the case was closed. The current case, on the cover page of the complaint, the Plaintiff does not make mention of Case 09-11672-WGY as a previous case, rather it mentions the initial case presided over by Judge Saris.

3. Prior to Judge Young, the Honorable Judge Patti Saris presided over the matter between these two parties, for nearly a year and has written memoranda and order on the matter. She is aware of the issues between Tuckerbrook and Banerjee (both 50-50% partners) who had a bitter split. That case was settled by the parties in September of 2008.

4. It would be a significant waste of Your Honor's time not to mention an inefficient use of time for this Court reinventing the wheel on The Hague issues of discovery and on the intricacies of the complaint and the case and proper Service the Hague Convention. On a final note, the defendant might also be unfairly prejudiced as a result of the same complaint being filed again and again. Please see the press that has been recently written in a legal blog, *Exhibit C*.

5. We respectfully request Judge O'Toole's Court to reassign the case to The Honorable Judge Young or to The Honorable Patti Saris since it would be the most judicious and efficient use of the Court's time and resources.

6. We also respectfully respect a Status Conference will all parties with the flexibility to allow Mr. Banerjee to participate via phone as he is based in India.

I hereby certify that a true copy of the above document was served upon the attorney of record for each other party by email by August 9, 2013.

Respectfully submitted by Sumanta Banerjee
                              58/1 Ballygunje Circular Road
                              Kolkata 700019
                              West Bengal, India