UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| TUCKERBROOK ALTERNATIVE INVESTMENTS, LP, <br><br> Plaintiff <br><br> v. <br><br> SUMANTA BANERJEE, <br><br> Defendant | CASE NO. 12-CV-11643-GAO |

## PLAINTIFF TUCKERBROOK ALTERNATIVE INVESTMENT LP'S OPPOSITION TO DEFENDANT BANERJEE'S MOTION TO REASSIGN THE JUDGE

Plaintiff Tuckerbrook Alternative Investments, LP ("Tuckerbrook") hereby opposes Mr. Banerjee's motion to re-assign this matter to the Honorable William G. Young.

Tuckerbrook has repeatedly provided a copy of the Complaint to Mr. Banerjee and his pretense to the contrary has long since grown old. This matter was already re-assigned once to your Honor (See Docket No. 6), and Banerjee's motives are the usual – to delay resolution of this matter. Banerjee's answer is due August 16, 2013 and whether this matter is reassigned or not, nothing should be permitted to delay this case any further.

WHEREFORE, Tuckerbrook respectfully requests that the Court deny Mr. Banerjee's motion.

Respectfully submitted,

/s/ Sean T. Carnathan
Sean T. Carnathan (BBO #636889)
Email: scarnathan@ocmlaw.net
O'Connor Carnathan & Mack LLC
Landmark One,
1 Van de Graaff Drive, Suite 104
Burlington, MA 01803
Telephone: 781.359.9000
Fascimile: 781.359.9001

Dated: August 12, 2013

## CERTIFICATE OF SERVICE

I, Sean T. Carnathan, hereby certify that a true and accurate copy of the foregoing Motion has been filed and served through the Court's electronic filing system this 12th day of August, 2013 and has been served on Sumanta Banerjee by electronic mail at sbaner@gmail.com.

/s/ Sean T. Carnathan

4813-9523-9445, v. 1