IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| TUCKERBROOK ALTERNATIVE INVESTMENTS, LP, <br> Plaintiff <br><br> v. <br><br> SUMANTA BANERJEE, <br> Defendant | 2013 AUG 15 P 3: 16 <br><br> Case No. 1:12-cv-11643 |

MOTION TO OPPOSE PLAINTIFF TUCKERBROOK ALTERNATIVE INVESTMENT LP'S OPPOSTION TO DEFENDANT BANERJEE'S MOTION TO REASSIGN THE JUDGE

1. Defendant Banerjee is requesting the case 12-cv-11643 to be reassigned to Judge Young not for purpose of delaying the case, but rather to be a more efficient use of the Court's time. As your Honor can see from the below comment of Hon. Judge Young, Hon. Judge Young would gladly take the case speedily to trial as the Plaintiffs desire.

   *The Court: Very well. File a complaint, **say its related to the earlier action, and it will be drawn to me and we will start again.** [emphasis added]... All I'm saying is you have to start again. Start an action. We'll let them defend it. I'll put it on for a prompt trial because I'm not, I don't want to waste anyone's time and expense. I'll get it to trial very rapidly, believe me. But I need a new case. A case on which properly I can act.* **Please see Exhibit 1, Page 6 of the transcript of the status conference that was held on June 27, 2012.**

2. As Your Honor can see from the above comments of Hon. Judge Young, Mr. Banerjee is all for the case to move to trial and it is the Plaintiff who wants to waste the time of the Court and cause the court unnecessary expense by requesting a new Judge rather than taking it back onto the docket of Honorable Judge Young. The Plaintiffs circumvented Hon. Judge Young by not stating the earlier case connection.

3. Finally, Mr. Banerjee fully intends to file an answer with this court by the 16th of August as requested by Hon. Judge O'Toole. He has NOT asked for any further extensions.

DATED AUGUST 12, 2012.

Respectfully submitted,

SUMANTA BANERJEE
58/1 Ballyjunge Circle Road
Kolkata, 700019 India
West Bengal.