EXHIBIT 2



sumanta banerjee <sbaner@gmail.com>

# Documents, etc. (No Settlement)
1 message

From: Douglas Hirsch
Sent: Tuesday, October 14, 2008 10:14 AM
To: 'Thomas O'Connor'

Cc: TGallitano@ckrpf.com; Sean T. Carnathan
Subject: RE: Draft Settlement Agreement

Tom, enclosed is a redline and clean copy of the proposed settlement agreement. The proposed settlement agreement contains only those terms that were put on the record at the settlement conference.

1. The Whereas clause regarding TB being the investment manager is a disputed issue, so that is why we took it out. We never agreed to represent that TB was the investment manager.

2. The mathematical formula reflects our agreement. If you can tell me why the formula does not reflect our agreement, I am happy to correct it, but it is there to add certainty and clarity, so I am not sure why you are focusing on it.

3. The escrow is gone since it was not an agreed upon term.

4. 4(b) is gone because it is an inaccurate statement. TB has no rights under the LPA since it was merely a member of the Old GP. It was not a party to the agreement. If you want to state that nothing herein inpacts the Old GP entity's rights under the agreement, I will talk to my client, but I think that would be ok. Also, if your concern is that you want to preserve your right to claim that TB was a third party beneficiary, we can work out appropriate language.

5. Banerjee never agreed to return any materials to TB and maintains that any and all info he has is the property of the Old GP, not TB. He will not make any reps and warranties, period, as this was not a term of the settlement. This is a non-starter for us. Litigation is over between Banerjee and TB. We will not alter our settlement on the record. We agreed to full and complete releases and that is what will be enforced. This is the second time your client has tried to back out of a settlement agreement. Fortunately for us, this was done on the record so that your client could not try and change the deal again. We warned Magistrate Hillman that your client would try and do this, so I think it will be readily apparent to him that your client is not acting in good faith. Let me know this week if we are going to get this done. If not, we will move to enforce the on the record settlement and move for release of our escrow fees. If we are going to move forward, I will draft the joint motion as Exhibit A and ask that you draft whatever docs you want Sam to sign to evidence the transfer and attach as Exhibit B.
- Hide quoted text -

er)