UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|   |   |
|---|---|
| TUCKERBROOK ALTERNATIVE INVESTMENTS, LP,<br><br>　　　　Plaintiff,<br><br>v.<br><br>SUMANTA BANERJEE,<br><br>　　　　Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)　CASE NO. 12-CV-11643-GAO<br>)<br>)<br>)<br>)<br>) |

**TRANSMITTAL AFFIDAVIT OF SEAN T. CARNATHAN IN SUPPORT OF
TUCKERBROOK'S MOTION TO DISMISS COUNTERCLAIMS**

I, Sean T. Carnathan, under oath, state as follows:

1. I am a partner at O'Connor, Carnathan and Mack LLC, with represents Tuckerbrook Alternative Investments, LP ("Tuckerbrook"). I submit this Affidavit in support of Tuckerbrook's Motion to Dismiss Sumanta Banerjee's Counterclaims.

2. Attached as Exhibit A is a true and accurate copy of Judge Margaret R. Hinkle's May 9, 2012 written Final Award in the matter entitled, Tuckerbrook Alternative Investments L.P. v. Sumanta Banerjee, JAMS Arbitration No. 1400013543.

3. Attached as Exhibit B is a true copy of a letter from Sumanta Banerjee to The Honorable Judge William Young, filed on May 19, 2010, and identified as Document 17 in Case 1:09-cv-11672-WGY.

SIGNED UNDER THE PAINS AND PENALTIES OF PERJURY THIS 6th DAY OF SEPTEMBER, 2013.

　　　　　　　　　　　　　　　　　　　__/s/ Sean T. Carnathan_____
　　　　　　　　　　　　　　　　　　　Sean T. Carnathan

## CERTIFICATE OF SERVICE

    I, Sean T. Carnathan, hereby certify that a true and accurate copy of the foregoing Affidavit of Sean T. Carnathan has been filed and served through the Court's electronic filing system, this 6th day of September, 2013, and that a copy has been forwarded directly to the Defendant by e-mail.

                                                  /s/ Sean T. Carnathan
                                                  Sean T. Carnathan

4827-1613-7493, v. 1