# EXHIBIT  B

Sumanta Banerjee
58/1 Ballygunje Cir Rd
Kolkata-19, West Bengal
May 18, 2010

The Honorable Judge William Young
US District Court – District of Massachusetts
John Joseph Moakley U.S. Courthouse
1 Courthouse Way, Suite 2300
Boston, Massachusetts 02210

Re: Case no. 09cv11672-WGY.

Dear Judge Young,

We received notification from Your Honour's clerk, Mr. M. Paine, that the court has
taken "personal jurisdiction" over us and that Your Honor has required that the complaint
to be delivered via certified service so that there is proof of delivery. This is attached as
exhibit A.

We wanted to update Your Honor as to the events of the past few weeks. There was a
delivery attempt of some courier service on April 30, 2010. We are assuming that it was
the complaint, but because the house servants are illiterate, they did not accept delivery
nor do we know from where or who it was from. There was only one attempt that was
made during the day, when no one was home other than servants who are illiterate. My
wife and I are usually not at home during the day. As a result we still do not have the
complaint.

As we have notified the court previously, we reside in India and currently do not have
any assets in the United States, other than IRA accounts. Based on our research we are
not exactly sure what "personal jurisdiction" means, but as we understood it refers to
assets that the court can then dictate. The house was an asset I owned, but for estate
planning purposes my father-in-law and wife were added as owners in Dec 2008, and
then subsequently transferred to a LLC, in Sept of 2009. We would also like to mention
that this was prior to the attempted first service to my father's house in January of 2010
and prior to any knowledge of the case. We have submitted proof of delivery attempt in
previous court paper submissions. As we don't have any assets in the US, we respectfully
request if it would be possible to get some clarification as to what "personal jurisdiction"
refers to in our case.

We respectfully await your instructions as to how to move forward. One further point,
Your Honor, we will be submitting, into the court system, this week, our lawsuit against
Tuckerbrook Alternative Investments and John Hassett for breach of the confidentiality
and defamation clauses of the Settlement Agreement.

Respectfully,
Sumanta Banerjee

Sumanta,

Here is Judge Young's order in regards to your letter emailed to me on
April 23, 2010.

```
|----------------------------------------------------------------------|
|                                           |
| Judge William G. Young: ELECTRONIC ORDER entered: In clarification, the |
| Court rules that it has acquired personal jurisdiction over Mr.     |
| Banerjee. Tuckerbrook's counsel is forthwith to mail by certified mail |
| or by an equally verifiable delivery service another copy of the    |
| complaint herein. The request for e-filing is denied. re 15 Letter (via |
| email) from Sumanta Banerjee to Judge William G. Young(Paine, Matthew) |
| (Entered: 04/23/2010)                         |
|                                           |
|                              |           |
|----------------------------------------------------------------------|
```

Matt Paine
Docket Clerk
Hon. William G. Young
United States District Court
John Joseph Moakley - U.S. Courthouse
Matthew_Paine@mad.uscourts.gov
(617)-748-9157