UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____
                                        )
TUCKERBROOK ALTERNATIVE                 )
INVESTMENTS, LP.,                       )
                                        )
                    Plaintiff           )   CASE NO.  1:12-cv-11643-GAO
v.                                      )
                                        )
SUMANTA BANERJEE,                       )
                                        )
                    Defendant.          )
_____)

## PLAINTIFF'S STATUS REPORT

Plaintiff Tuckerbrook Alternative Investments, L.P. ("Tuckerbrook") submits this status report pursuant to the Court's order dated March 12, 2015.

This case is ready for resolution.

Plaintiff believes it is entitled to summary judgment and proposes that it be permitted to file a motion for summary judgment within seven days from the Court's entry of a scheduling order.  Plaintiff respectfully submits that the Court should grant its motion, which will resolve this case.[1]

To the extent that this case is not fully resolved by a decision on the Plaintiff's motion for summary judgment, Plaintiff submits that this case is ready for and should be set for trial.

---

[1]      Plaintiff believes there are triable issues of fact regarding some of the Counts of its complaint, but will stipulate to dismiss them and put an end to this litigation if the Court agrees that it is entitled to partial summary judgment as set forth in its motion, while reserving the right to try all issues if the Court believes a trial is necessary to resolve this dispute.

Respectfully submitted,

TUCKERBROOK ALTERNATIVE
INVESTMENT, LLP

By their attorneys,


  /s/ Sean T. Carnathan
Sean T. Carnathan (BBO #636889)
scarnathan@ocmlaw.net
O'Connor Carnathan and Mack LLC
1 Van De Graaff Drive, Suite 104
Burlington, MA 01803
Telephone:  (781) 359-9000
Facsimile:  (781) 359-9001

March 19, 2015

CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and copies will be sent by electronic and U.S. Mail to those indicated as non-registered participants on March 19, 2015.

/s/ Sean T. Carnathan

4843-2182-7106, v. 1