UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

---

TUCKERBROOK ALTERNATIVE )
INVESTMENTS, LP )
)
   Plaintiff )
) CASE NO. 12-CV-11643-GAO
v. )
)
SUMANTA BANERJEE, )
)
   Defendant )

---

### MOTION TO REQUEST A SEVEN DAY EXTENSION FOR STATUS REPORT

1. I, Sumanta Banerjee, am a *pro se* litigant in this case. I respectfully request an additional 7 (seven) day extension to submit a status report for the case *12-cv-11643-GAO*.
2. Banerjee resides in India and as a result, did not receive any notice of the Honorable Judge Sorokin's request of a status update in enough time to comply with the request.
3. Banerjee will submit a detailed, 3 page summary of the events of the case and the next steps forward by the 26th of March, provided your Honor will grant the Motion.
4. Banerjee did reach out to opposing counsel, Mr. Carnathan, but to no avail.

For the foregoing reasons, the undersigned respectfully requests an additional 7 day time period to comply with Your Honor's request of a status report.

DATED: March 19, 2015

                                        Respectfully Submitted,

                                        *[signature]*

                                        Sumanta Banerjee
                                        58/1 Ballygunje Cir Rd
                                        Kolkata, West Bengal 700019
                                        India