UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| TUCKERBROOK ALTERNATIVE INVESTMENTS, LP., <br><br> Plaintiff <br> v. <br><br> SUMANTA BANERJEE, <br><br> Defendant. | ) <br> ) <br> ) <br> ) <br> ) CASE NO. 1:12-cv-11643-GAO <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

**PLAINTIFF'S SUPPLEMENTAL STATUS REPORT DESCRIBING ITS INTENDED MOTION FOR PARTIAL SUMMARY JUDGMENT**

Plaintiff Tuckerbrook Alternative Investments, L.P. ("Tuckerbrook") believes the Court should enter partial summary judgment against Mr. Banerjee on its breach of contract claim as a result of Mr. Banerjee's: 1) disclosure of the confidential terms of the settlement in <u>Tuckerbrook Alternative Investments L.P. v. Sumanta Banerjee</u>, C.A. No. 08-10636-PBS in breach of the confidentiality provision, and 2) disparagement of Tuckerbrook and its business in violation of the settlement agreement's non-disparagement clause.  Tuckerbrook requests that this Court invoke the doctrine of res judicata to bar Mr. Banerjee from disputing Judge Margaret Hinkle's explicit rulings in the arbitration entitled <u>Tuckerbrook Alternative Investments L.P. v. Sumanta Banerjee</u>, JAMS Arbitration No. 1400013543, including, without limitation, the ruling that September 23, 2008 was the effective date of settlement in the matter of <u>Tuckerbrook Alternative Investments L.P. v. Sumanta Banerjee</u>, C.A. No. 08-10636-PBS.  Tuckerbrook further requests that this Court enter judgment in Tuckerbrook's favor in the amount of $209,028 as a result of Mr. Banerjee's clear, unabashed breaches of the settlement agreement.   This is the sum Tuckerbrook paid to Mr. Banerjee in connection with the settlement and is a clear sum certain

properly entered as damages in this case.

Tuckerbrook's motion will be based upon an arbitration decision against Mr. Banerjee, Mr. Banerjee's own testimony and indisputable documentary evidence.  The Motion is ready to be filed if the Court grants leave to do so.

>Respectfully submitted,
>
>TUCKERBROOK ALTERNATIVE INVESTMENT, LLP
>
>By their attorneys,
>
>  /s/ Benjamin Kafka
>Sean T. Carnathan (BBO #636889)
>scarnathan@ocmlaw.net
>Benjamin Kafka (BBO #640993)
>bkafka@ocmlaw.net
>O'Connor Carnathan and Mack LLC
>1 Van De Graaff Drive, Suite 104
>Burlington, MA 01803
>Telephone:  (781) 359-9000
>Facsimile:  (781) 359-9001

March 26, 2015

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and copies will be sent by electronic Mail to those indicated as non-registered participants on March 26, 2015.

>/s/ Sean T. Carnathan

4849-0981-9670, v.  1