UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| TUCKERBROOK ALTERNATIVE INVESTMENTS, LP., </br></br>         Plaintiff </br>v. </br></br>SUMANTA BANERJEE, </br></br>         Defendant. | ) </br> ) </br> ) </br> ) </br> ) CASE NO. 1:12-cv-11643-GAO </br> ) </br> ) </br> ) </br> ) </br> ) |

### JOINT MOTION FOR EXTENSION OF DEADLINES

Plaintiff Tuckerbrook Alternative Investments, L.P. ("Tuckerbrook"), jointly with Sumanta Banerjee, hereby respectfully requests an extension of the deadlines recently set by the court to file a motion for summary judgment until May 15, 2015 in order to afford the parties time to finalize one remaining material term of a settlement between the parties, the general outlines of which they have agreed upon, with the other deadlines to be extended commensurately  In support of this request, the Parties further state as follows:

1.     On Thursday, April 2, 2015, the Parties reached agreement on the outline of a settlement, subject to agreement on the language of one material term and no further hostilities. Attached to this Motion as Exhibit A is a true copy of an email from Akshita Banerjee confirming that the Parties have agreed on the outlines of a settlement, and agreeing to jointly request a brief period in which to agree upon the language of the remaining material term.

2.     Because the parties have not yet agreed on this language and because the term is material, the parties cannot yet report the case settled and request a nisi order.

3.     Mr. Banerjee is currently in Asia and the principal decision maker for the plaintiff

(John Hassett) is currently on the west coast through April 28, 2015, the parties need some time in which to correspond to agree upon the final term of the settlement.

    4.    The parties believe they are close to resolving this dispute by agreement and seek additional time in which to reach final agreement in order to avoid ramping up hostilities once more.

WHEREFORE, the parties respectfully and jointly request an extension to May 15, 2015 of the deadline to file a motion for summary judgment recently set by the Court, with the other deadlines to be extended commensurately.

    Respectfully submitted,

    TUCKERBROOK ALTERNATIVE
    INVESTMENT, LLP

    By their attorneys,

    _/s/ Sean T. Carnathan_____
    Sean T. Carnathan (BBO #636889)
    scarnathan@ocmlaw.net
    O'Connor Carnathan and Mack LLC
    1 Van De Graaff Drive, Suite 104
    Burlington, MA 01803
    Telephone:  (781) 359-9000
    Facsimile:  (781) 359-9001

April 9, 2015

## CERTIFICATE OF SERVICE

      I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and copies will be sent by electronic and U.S. Mail to those indicated as non-registered participants on April 9, 2015.

                                            /s/ Sean T. Carnathan

4843-2182-7106, v. 1