# EXHIBIT A

**From:** Gandhi-Banerjee <gandhibanerjee@gmail.com>
**Sent:** Thursday, April 02, 2015 8:26 PM
**To:** Sean Carnathan
**Subject:** Re: Follow up settlement proposal

That's fine and we are ok with the outline of the proposed settlement.

You are authorized to ask for a joint motion to stay until a final settlement agreement language can be mutually agreed upon. Please include in your joint motion that the parties have agreed on an outline of a settlement agreement and are working toward a final settlement agreement to submit to the court. But that the final agreement will take some time as both parties need to agree on final language.

Regards
A.

Akshita Gandhi
(203) 501 0796
Gandhibanerjee@gmail.com