UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| TUCKERBROOK ALTERNATIVE INVESTMENTS, LP., | ) ) ) ) | |
| Plaintiff/Counterclaim Defendant | ) | CASE NO. 1:12-cv-11643 |
| v. | ) ) | |
| SUMANTA BANERJEE, | ) ) ) | |
| Defendant/Counterclaim Plaintiff. | ) ) | |

## STIPULATION OF DISMISSAL

Plaintiff /Counterclaim Defendant Tuckerbrook Alternative Investments, L.P. and Defendant/Counterclaim Plaintiff Sumanta Banerjee, being all parties to this action, hereby stipulate to the dismissal of all claims and counterclaims in this action <u>with</u> prejudice and <u>without costs</u>, all parties to bear their own attorneys' fees and waiving all rights of appeal.

Respectfully submitted,

TUCKERBROOK ALTERNATIVE
INVESTMENT, LLP

By their attorneys,

 /s/ Sean T. Carnathan
Sean T. Carnathan (BBO #636889)
scarnathan@ocmlaw.net
O'Connor Carnathan and Mack LLC
1 Van De Graaff Drive, Suite 104
Burlington, MA 01803
Telephone: (781) 359-9000
Facsimile: (781) 359-9001

/s/ Sumanta Banerjee
Pro se

May 29, 2015

CERTIFICATE OF SERVICE

       I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and copies will be sent by electronic mail to those indicated as non-registered participants on May 29, 2015.

                                              /s/ Sean T. Carnathan

4848-0312-0676, v. 1