UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Civil Action No.
1:12-cv-11643 LTS

TUCKERBROOK ALTERNATIVE INVESTMENTS, LP
Plaintiffs

V.

SUMANTA BANERJEE
Defendants

CLOSING ORDER DISMISSING CASE

SOROKIN, J.

In accordance with the Stipulation of Dismissal filed by parties, dismissing all claims in this action with prejudice and without costs, each party to bear their own attorneys' fees and waiving all rights of appeal, this case is hereby dismissed and closed.

SO ORDERED.

/s/ Leo T. Sorokin
UNITED STATES DISTRICT JUDGE

June 1, 2015